UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JOE GREER,<br><br>    Plaintiff,<br><br>    v.<br><br>C.D.C.R.-FOLSOM STATE PRISON, et al.,<br><br>    Defendants. | No. 2:22-cv-0007 CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: April 6, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
gree0007.36