UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronnie Joe Greer, | No. 2:22-cv-00007-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| C.D.C.R. - Folsom State Prison, et al., | |
| Defendants. | |

On January 17, 2023, this court dismissed plaintiff Ronnie Joe Greer's amended complaint for failure to state a claim. Prior Order (Jan. 17, 2023), ECF No. 12. Plaintiff, who was granted in forma pauperis status, Prior Order (Mar. 3, 2022), ECF No. 5, now moves the court "for waiver of the remaining balance of the court fee of $ 350.00," Mot., ECF No. 14.

Under 28 U.S.C. § 1915, this court may waive the prepayment of the filing fee. However, the statute does not authorize the court to waive the fee itself. *See* 28 U.S.C. § 1915(b)(1); *see also Hill v. Atchley*, No. 20-03156, 2020 WL 7227156, at *3 (N.D. Cal. Dec. 8, 2020) ("28 U.S.C. § 1915(b)(1) only authorizes the district court to waive prepayment of the filing fee, not the filing fee itself."); *Reed v. Newsom*, No. 20-2439, 2021 WL 3406283, at *2 (S.D. Cal. Aug. 4, 2021) (collecting cases). Because the court does not have authority to waive the filing fee, plaintiff's motion is **denied**.

///

1

1     This order resolves ECF No. 14.

2     IT IS SO ORDERED.

3  DATED:  June 29, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE